**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**CIVIL ACTION NO. _3:09cv-763-S_**

| | |
|---|---|
| **HAZEL COSBY** | **PLAINTIFF** |
| vs.      **NOTICE OF REMOVAL TO UNITED STATES** <br> **DISTRICT COURT FOR WESTERN DISTRICT** <br> **OF KENTUCKY, LOUISVILLE DIVISION** | |
| **AUTO VENTURE, INC. d/b/a AUTO SMART, II** | **DEFENDANT** |

Please take notice that pursuant to 28 U.S.C. § 1441, the defendant, Auto Venture, Inc. d/b/a Auto Smart, II hereby gives notice of removal of the above-captioned action, Civil Action No. 09-CI-04645, commenced in the Jefferson Circuit Court, Kentucky, to this Court. In support of removal, defendant states as follows:

1. This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b), and that the Notice of Removal is being filed within thirty (30) days of the first date on which this defendant received a copy of the complaint. The complaint in this action was served on Auto Smart on August 24, 2009.

2. The Jefferson Circuit Court, in which this case is currently filed, is located within the Western District of Kentucky, Louisville Division, making this Court the proper forum pursuant to 28 U.S.C. § 1441(a).

3. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings and Orders served upon the defendant, which papers include the summons and complaint, is attached hereto as Exhibit A.

4. This Court has federal question jurisdiction over this action pursuant to 28 U.S.C. § 1331, and this action is therefore removable to this Court on that basis, given that:

(a) Plaintiff's fifth cause of action asserts a claim for relief under the Federal Truth in Lending Act, 15 U.S.C. § 1601 et seq., and therefore arises under the laws of the United States.

(b) This Court has supplemental jurisdiction over plaintiff's first, second, third, fourth and sixth causes of action, which allege state law claims, pursuant to 28 U.S.C. § 1367, because plaintiff's state law claims derive from the same series of transactions and/or events as the plaintiff's federal law claim.

5. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the Jefferson Circuit Court and served on plaintiff's counsel.

Respectfully submitted,

/s/ Joseph P. Hummel
Joseph P. Hummel
W. Thomas Rump, IV
**Lynch, Cox, Gilman & Mahan, PSC**
500 West Jefferson Street, Suite 2100
Louisville, KY 40202
Telephone:   502.589.4215
Facsimile:   502.589.4994
jhummel@LCGandM.com
trump@LCGandM.com
*Counsel for Auto Venture, Inc. d/b/a Auto Smart, II*

## Certificate of Service

The undersigned hereby certifies that a copy of the foregoing pleading was served upon counsel shown below via hand, facsimile, electronic transmission and/or first-class USPS, this 22nd day of September, 2009:

David B. Mour, Esquire
Zachary L. Taylor, Esquire
401 West Main Street, Suite 1100
Louisville, KY 40202

/s/ Joseph P. Hummel