UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

HAZEL COSBY                                                                 PLAINTIFF

v.                                                       CIVIL ACTION NO. 3:09CV-763-S

AUTO VENTURE, INC. d/b/a AUTO SMART II                        DEFENDANT

## ORDER

This matter is before the court for consideration of the Report and Recommendation of the United States Magistrate Judge (DN 25) recommending that the action be remanded to the Jefferson County, Kentucky, Circuit Court, Division Twelve (12).

The action was removed to this court under our federal question jurisdiction. The original complaint contained a claim for alleged violation of the federal Truth-in-Lending Act. The complaint has been voluntarily amended to dismiss that claim. The magistrate judge recommended that the court decline to exercise supplemental jurisdiction over the remaining state law claims, noting that the state court was best suited to resolve claims brought under Kentucky consumer protection statutes and traditional state law causes of action. The decision whether to exercise supplemental jurisdiction is discretionary. *Habich v. City of Dearborn*, 331 F.3d 524, 535 (6th Cir. 2003). The magistrate judge's recommendation is well-reasoned. No objection has been filed to the magistrate judge's report.

Therefore, motion having been made and the court being otherwise sufficiently advised, **IT IS HEREBY ORDERED AND ADJUDGED** that

    1. The Report and Recommendation of the United States Magistrate Judge is **ACCEPTED AND ADOPTED IN ITS ENTIRETY.**

    2. The motion of the plaintiff, Hazel Cosby, to remand the action to state court (DN 11) is **GRANTED.**

3. This action is **REMANDED TH THE JEFFERSON CIRCUIT COURT, DIVISION TWELVE (12) FOR ALL FURTHER PROCEEDINGS.**

**IT IS SO ORDERED.**